GUNDERSON LAW FIRM
Catherine A. Reichenberg, Esq.
Nevada State Bar No. 10362
creichenberg@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorney for Cherrie Bailey, an Individual dba Ponderosa Saloon,*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; PEERMUSIC III LTD.; RIO BRAVO MUSIC, INC.; and RONDOR MUSIC INTERNATIONAL, INC., d/b/a IRVING MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHERRIE BALEY, an individual d/b/a PONDEROSA SALOON,<br><br>Defendant.<br>_____/ | 3:22-cv-00157-MMD-CSD<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED, by and between Plaintiffs BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; PEERMUSIC III LTD.; RIO BRAVO MUSIC, INC.; and RONDOR MUSIC INTERNATIONAL, INC., d/b/a IRVING MUSIC (collectively, "Plaintiffs"), by and through their counsel Michelle D. Alarie, Esq., Armstrong Teasdale, LLP., and by Defendant CHERRIE BAILEY, an individual d/b/a PONDEROSA SALOON ("Defendants"), by and through her counsel, Catherine A. Reichenberg, Esq., Gunderson Law Firm, that the time allowed for Defendants to respond to the Plaintiffs' Complaint shall be extended up to 45 days, ending on and including June 17, 2022.

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

The Complaint and Summons were served April 12, 2022. This request for an extension of time is made before the expiration of any deadline to answer or otherwise respond to the Complaint by the Defendant.

Good cause exists for this extension as the parties are engaged in early settlement discussions in an effort to resolve the matter short of further litigation. Accordingly, counsel for all parties agree to extend the time for the Defendants to answer or otherwise respond to the Complaint through June 17, 2022.

DATED this 26th day of April, 2022.

GUNDERSON LAW FIRM


  /s/ Catherine A. Reichenberg, Esq.
GUNDERSON LAW FIRM
Catherine A. Reichenberg, Esq.
Nevada State Bar No.: 10362
*Attorney for Cherrie Bailey, an individual d/b/a Ponderosa Saloon*

DATED this 26th day of April, 2022.

ARMSTRONG TEASDALE LLP


  /s/ Michelle D. Alarie, Esq.
ARMSTRONG TEASDALE LLP
Michelle D. Alarie, Esq.
Nevada State Bar No.: 11894
*Attorney for Broadcast Music, Inc., House of Cash, Inc., Peermusic III Ltd, Rio Bravo Music, Inc., and Rondor Music International, Inc., dba Irving Music*

///

///

**ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING**

**IT IS HEREBY ORDERED** that the Stipulation is approved; and

**IT IS FURTHER ORDERED** that Defendants shall have up to and including June 17, 2022 to answer or otherwise respond to Plaintiffs' Complaint;

**IT IS ORDERED** this ⎯27th⎯ day of ⎯April⎯, 2022.



_____
UNITED STATES MAGISTRATE JUDGE

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222