MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
malarie@atllp.com

*Attorneys for Plaintiffs Broadcast Music, Inc., House of Cash, Inc., Peermusic III Ltd, Rio Bravo Music, Inc., and Rondor Music International, Inc. dba Irving Music*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; PEERMUSIC III LTD.; RIO BRAVO MUSIC, INC.; and RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHERRIE BAILEY, an individual d/b/a PONDEROSA SALOON,<br><br>Defendants. | Case No.: 3:22-cv-00157-MMD-CSD<br><br>**STIPULATED JUDGMENT AGAINST DEFENDANT CHERRIE BAILEY, AN INDIVIDUAL AND D/B/A PONDEROSA SALOON** |

Plaintiffs, Broadcast Music, Inc., House of Cash, Inc., Peermusic III LTD., Rio Bravo Music, Inc., and Rondor Music International, Inc. d/b/a Irving Music (collectively "Plaintiffs"), and Defendant, Cherrie Bailey, an individual and doing business as Ponderosa Saloon ("Bailey"), by and through their undersigned counsel, pursuant to the written Settlement Agreement and Mutual Release entered into between the parties, hereby stipulate to have judgment entered against Bailey and in favor of Plaintiffs as follows:

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff Broadcast Music, Inc. licenses the right of public performance, and the other Plaintiffs own the copyrights, in the following musical compositions:

    a)    Folsom Prison a/k/a Folsom Prison Blues

|  |  |  |
|--|--|--|
|  | b) | Georgia On My Mind |
|  | c) | Miss Rodeo a/k/a Rodeo |
|  | d) | Sitting On The Dock Of The Bay a/k/a Sittin' On The Dock Of The Bay |

2. Bailey has willfully infringed the copyrights in the musical works listed in Paragraph 1 above.

3. Bailey, an individual and doing business as Ponderosa Saloon located at 106 S. C Street, Virginia City, Nevada 89440, is hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc.

The parties further consent to and request that this Court, pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994), retain jurisdiction of this action for the purpose of enforcing the terms of the Settlement Agreement and Mutual Release by entering the Confession of Judgment, which has separately been executed by the parties and retained by Plaintiffs' counsel, to be filed in the event of a breach of the Settlement Agreement and Mutual Release.

Pursuant to this Stipulated Judgment, the Clerk of Court is directed to enter Judgment in favor of Plaintiffs and against Bailey on the terms stated herein. The Clerk of Court may thereafter close the case.

| | |
|---|---|
| **GUNDERSON LAW FIRM** | **ARMSTRONG TEASDALE LLP** |
| By: /s/ *Catherine Reichenberg* <br> CATHERINE REICHENBERG, ESQ. <br> Nevada Bar No. 10362 <br> 3895 Warren Way <br> Reno, Nevada 89509 <br> Telephone: 775.829.1222 <br> Facsimile: 775.829.1226 <br> creichenberg@gendersonlaw.com | By: /s/ *Michelle D. Alarie* <br> MICHELLE D. ALARIE, ESQ. <br> Nevada Bar No. 11894 <br> 3770 Howard Hughes Parkway, Suite 200 <br> Las Vegas, Nevada 89169 <br> Telephone: 702.678.5070 <br> Facsimile: 702.878.9995 <br> malarie@atllp.com |
| *Attorneys for Defendant Cherrie Bailey dba Ponderosa Saloon* | *Attorneys for Plaintiffs Broadcast Music, Inc., House of Cash, Inc., Peermusic III Ltd, Rio Bravo Music, Inc., and Rondor Music International, Inc. dba Irving Music* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATE: July 6, 2022